# EXHIBIT A

US00D694895S

(12) **United States Design Patent**　(10) Patent No.:　　**US D694,895 S**
Wiley et al.　　　　　　　　　　　　　　(45) Date of Patent:　** Dec. 3, 2013

(54) **SPA WITH BI-LATERAL FLANGES AND LATERAL FLARES**

(75) Inventors: **Brian K. Wiley**, Redington Beach, FL (US); **Brad Glover**, St. Petersburg Beach, FL (US)

(73) Assignee: **Premium Sales Network, LLC**, Lakeland, FL (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/388,904**

(22) Filed: **Apr. 4, 2011**

### Related U.S. Application Data

(63) Continuation-in-part of application No. 29/345,652, filed on Oct. 20, 2009, now abandoned.

(51) **LOC (9) Cl.** .................................................. **23-02**
(52) **U.S. Cl.**
      USPC ........................................................ **D24/204**
(58) **Field of Classification Search**
      USPC ........ D24/201, 204, 205; D23/277, 278, 276, D23/280.1–280.3; 601/154–158; 4/541.1–541.6, 547, 578.1, 579
      See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D513,325 S | * | 12/2005 | Loyd | D24/204 |
| D514,704 S | * | 2/2006 | Loyd | D24/204 |
| D521,154 S | * | 5/2006 | Loyd | D24/204 |
| D522,662 S | * | 6/2006 | Loyd | D24/204 |
| D528,663 S | * | 9/2006 | Loyd | D24/204 |
| D542,416 S | * | 5/2007 | Larsen | D24/204 |
| D551,357 S | * | 9/2007 | Loyd | D24/204 |
| D552,746 S | * | 10/2007 | Loyd | D24/204 |
| D565,190 S | * | 3/2008 | Lenci | D24/204 |
| D573,261 S | * | 7/2008 | Tatum | D24/204 |
| D616,104 S | * | 5/2010 | Larsen et al. | D24/204 |
| D616,105 S | * | 5/2010 | Larsen et al. | D24/204 |
| D616,106 S | * | 5/2010 | Larsen et al. | D24/204 |

* cited by examiner

*Primary Examiner* — David Muller
(74) *Attorney, Agent, or Firm* — Robert J. Varkonyi; Jeremy Spier; Smith & Hopen, P.A.

(57) **CLAIM**

The ornamental design for spa with bi-lateral flanges and lateral flares, as shown and described.

### DESCRIPTION

FIG. **1** is an upper perceptive view;
FIG. **2** is a top view;
FIG. **3** is a first side view;
FIG. **4** is an enhanced view of a left portion of FIG. 3;
FIG. **5** is a second side view;
FIG. **6** is an enhanced view of a left portion of FIG. 5;
FIG. **7** is a third side view; and,
FIG. **8** is an enhanced view of a left portion of FIG. 7.
The broken line showing of parts of the drawings is included for the purpose of illustrating use and environment and forms no part of the claimed design.

**1 Claim, 5 Drawing Sheets**





FIG. 1



FIG. 2



*FIG. 3*



*FIG. 4*



FIG. 5



FIG. 6



FIG. 7



FIG. 8

# EXHIBIT B



Premium Leisure Spa                                Infringing Spa



Premium Leisure Spa                                Infringing Spa



Premium Leisure Spa                                  Infringing Spa



Premium Leisure Spa                                  Infringing Spa



Premium Leisure Spa                              Infringing Spa